920

No. 6204. RIDGILL *v.* FOLLETTE, WARDEN. C. A. 2d Cir. Certiorari denied.

No. 6206. POSTELL *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 6207. AUER *v.* WAYNE STATE UNIVERSITY. Sup. Ct. Mich. Certiorari denied.

No. 6208. SABELLA *v.* FOLLETTE, WARDEN. C. A. 2d Cir. Certiorari denied.

No. 6209. EDLIN *v.* RICHARDSON, JUDGE. Ct. App. Ky. Certiorari denied.

No. 6211. LASSERE *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 6216. FERREE *v.* BRANTLEY, WARDEN. Sup. Ct. Ill. Certiorari denied.

No. 6221. ARQUILLA *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 6226. DeBOSE *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 6232. TARRANTS *v.* MISSISSIPPI. Sup. Ct. Miss. Certiorari denied.

No. 6233. HARRIS *v.* CITY OF HOUSTON. C. A. 5th Cir. Certiorari denied.

No. 6235. LAWRENCE *v.* RUSSELL, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 6236. BENTLEY *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 6237. CARR *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied.